# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-900
Lower Tribunal No. 19-7742

_____

**Elizabeth Maya,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Elizabeth Maya, in proper person.

Lapin & Leichtling, LLP, and Jan T. Williams, for appellee.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.